IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| Steven Reicherts & Ramona Reicherts, Husband and Wife, Plaintiffs, | ) | Case No. 0:01CV1545 PAM/JGL |
| vs. | ) | **ORDER OF DISMISSAL** |
| Union Pacific Railroad Company, Dakota, Minnesota & Eastern Railroad Corporation, and Chicago and Northwestern Railway Company, Defendants. | ) | |

Upon the attached Stipulation,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 25, 2002.

BY THE COURT:

Paul A. Magnuson
United States District Judge

FILED APR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 25 2002
DEPUTY CLERK

RECEIVED
BY MAIL

APR 25 2002

CLERK US DIST COURT
ST. PAUL, MN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Steven Reicherts & Ramona Reicherts, Husband and Wife, Plaintiffs, vs. Union Pacific Railroad Company, Dakota, Minnesota & Eastern Railroad Corporation, and Chicago and Northwestern Railway Company, Defendants. | Case No. 0:01CV1545 PAM/JGL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties agree to the dismissal of this action with prejudice. The parties will bear their own costs, disbursements and attorney fees.

Dated: April 11, 2002.

Kimball G. Orwoll, #82983
Suite 11, Riverside Building
400 South Broadway
Rochester, MN 55904
507-281-0077
ATTORNEY FOR PLAINTIFF

Dated: April 23, 2002.

CUTLER & DONAHOE, LLP

By Brian J. Donahoe
Brian J. Donahoe, #256031
9th Floor, 100 North Phillips Avenue
Sioux Falls, SD 57104-6725
605-335-4950
ATTORNEYS FOR DEFENDANT
DAKOTA, MINNESOTA & EASTERN RR.

Dated: April 18, 2002.

LINDQUIST & VENNUM P.L.L.P.

By _______________________
David A. Donna, #163624
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY